**SOE**
Brigid M. Higgins, Esq.
Nevada Bar No. 5990
J. Rusty Graf, Esq.
Nevada Bar No. 6322
**BLACK & WADHAMS**
10777 W Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
Email:  bhiggins@blackwadhams.law
Email:  rgraf@blackwadhams.law
*Attorneys for Defendant Shinjuku LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>     Plaintiff,<br><br>vs.<br><br>R & G HOLDINGS, LLC;<br>LE PRIVE HOSPITALITY LLC; and<br>SHINJUKU LLC,<br><br>     Defendants. | Case No.:  2:23-cv-1051-APG-BNW<br><br>**DEFENDANT SHINJUKU, LLC's STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant, SHINJUKU, LLC, by and through their counsel of record, Brigid M. Higgins, Esq. of the law firm of BLACK & WADHAMS, and Plaintiff JOHN MEGGS, by and through his counsel of record, ROBERT P. SPRETNAK, ESQ. of the LAW OFFICES OF ROBERT P. SPRETNAK, and ANTHONY PEREZ, ESQ. of the LAW FIRM OF GARCIA-MENOCAL & PEREZ P.L. *(Pro Hac Vice pending)*, stipulate as follows:

Defendant, SHINJUKU, LLC's response to Plaintiff's Complaint is presently due on August 23, 2023.  The Defendant's are requesting additional time to investigate the claims made in the Complaint and defenses thereto.  The parties stipulate that Defendant, SHINJUKU, LLC may have an extension of time to file a responsive pleading to Plaintiff's Complaint to and including September 6, 2023.

/ / /

- 1 -

DATED this 21st day of August, 2023

**BLACK & WADHAMS**

By: /s/Brigid M. Higgins, Esq.
Brigid M. Higgins, Esq.
Nevada Bar No. 5990
J. Rusty Graf, Esq.
Nevada Bar No. 6322
10777 W Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
Email: bhiggins@blackwadhams.law
Email: rgraf@blackwadhams.law
*Attorneys for Defendant Shinjuku LLC*

**THE LAW OFFICES OF
ROBERT P. SPRETNAK**

By:/s/ Robert P. Spretnak, Esq.
Robert P. Spretnak, Esq.
Nevada Bar No. 5135
8275 South Eastern Avenue Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 494-4900
Facsimile (702) 938-1055
Email: bob@spretnak.com

**THE LAW FIRM OF GARCIA-
MENOCAL & PEREZ, P.L.**

Anthony Perez, Esq. (*pro hac pending*)
3550 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Email: ajperez@lawgmp.com
*Attorneys for Plaintiff John Meggs*

## **ORDER**

**IT IS SO ORDERED**

**DATED:** 11:00 am, August 23, 2023

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY that on the 22nd day of AUGUST 2023, I electronically filed the DEFENDANT SHINJUKU LLC'S **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT to all parties on file with the CM/ECF System.**

By   /s/ Monica Davis
      An Employee of
      BLACK & WADHAMS

**BLACK & WADHAMS**
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669