JASON D. SMITH, ESQ.
Nevada Bar No. 9691
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
HOLLEY DRIGGS
300 S. Fourth Street, Suite 16
Las Vegas, NV 89101
Email: jsmith@nevadafirm.com
         jlujan@nevadafirm.com
Telephone:    702-791-0208
Facsimile:     702-791-1912

*Attorneys for Defendant*
R&G HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, | Case No. 2:23-cv-01051-APG-BNW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDAT R&G HOLDINGS, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| R&G HOLDINGS, LLC, LE PRIVE HOSPITALITY, LLC and SHINJUKU, LLC | **(First Request)** |
| Defendants. | |

Defendant R&G HOLDINGS, LLC, by and through its counsel of record, the law firm HOLLEY DRIGGS, and Plaintiff JOHN MEGGS, by and through his counsel of record, the law firms the LAW OFFICES OF ROBERT P. SPRETNAK and GARCIA-MENOCAL & PEREZ, P.L. (*Pro Hac Vice*) hereby stipulate as follows:

R&G HOLDINGS, LLC's response to Plaintiff's Complaint (ECF No. 1) is currently due September 5, 2023.  R&G Holdings, LLC requests additional time to investigate the claims made in Plaintiff's Complaint and defenses thereto.  The parties stipulate that Defendant R&G HOLDINGS, LLC may have an extension of time to file a responsive pleading to Plaintiff's Complaint up and through September 26, 2023.

This is the parties' first request for an extension of R&G HOLDINGS, LLC's time to respond to Plaintiff's Complaint and is made in good faith and not for any purposes of delay.

**STIPULATED AND AGREED BY ALL PARTIES.**

Dated: August 30, 2023.

By: */s/ Jason D. Smith*
Jason D. Smith (NV Bar No. 9691)
Jessican M. Lujan (NV Bar No. 14913)
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 891001
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: jsmith@nevadafirm.com
       jlujan@nevadafirm.com

*Attorneys for Defendant R&G Holdings, LLC*

By: */s/ Robert P. Spretnak , Esq.*
Robert P. Spretnak  (NV Bar No. 5135)
**THE LAW OFFICES OF ROBERT P. SPRETNAK**
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel.: (702) 494-4000 / Fax: (702) 938-1055
Email: bob@spretnak.com

*/s/ Anthony Perez, Esq. (pro hac vice)*
**GARCIA-MENOCAL & PEREZ, P.L.**
3550 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Tel.: (305) 553-3464 / Fax: (305) 553-3031
Email: ajperez@lawgmp.com

*Attorneys for Plaintiff*

### ORDER

**IT IS SO ORDERED**

**DATED:** 2:08 pm, September 01, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**