Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spetnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Anthony J. Perez, Esq.
*PRO HAC VICE*
ajperez@lawgmp.com; bvirues@lawgmp.com
GARCIA-MENOCAL & PEREZ P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida
Telephone: (305) 553-3464
Facsimile: (855) 205-6904

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>SUN SHENG INVESTMENT LLC, LE PRIVE HOSPITALITY LLC, and SHINJUKU LLC, <br>　　　　Defendant | Case No.: 2:23-cv-1051-APG-BNW <br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER <br>(First Request) |

　　　　Plaintiff, JOHN MEGGS (hereinafter "Plaintiff"), by and through his counsel of record, hereby files this Motion for Extension of Time to File a Discovery Plan and Scheduling Order and in support states as follows:

　　　　1.　　The Parties Discovery Plan and Joint Scheduling Order is presently due on October 22, 2023 [D.E. 17]. However, the first Amended Complaint was filed on October 5th, 2023 [D.E. 21].

1

2. Defendant LE PRIVE HOSPITALITY LLC was served with the initial complaint on July 24, 2023, but has not been served with the amended complaint. As of this filing, Defendant LE PRIVE HOSPITALITY LLC has not yet appeared.

3. Defendant SUN SHENG INVESTMENT LLC has not been served with the amended complaint and has not made an appearance.

4. As Defendants LE PRIVE HOSPITALITY LLC and SUN SHENG INVESTMENT LLC have not yet appeared, the Parties are not able to confer with Defendants LE PRIVE HOSPITALITY LLC and SUN SHENG INVESTMENT LLC as to the Discovery Plan and Joint Scheduling Order.

5. Plaintiff recently settled his claims as to Defendant SHINJUKU LLC and is the Parties are in discussions over the language of the settlement agreement.

6. Therefore, Plaintiff is requesting an extension of thirty (30) days up to and including November 22, 2023, to file the Parties Discovery Plan and Joint Scheduling Order.

7. Plaintiff reached out to counsel for Defendant Shinjuku LLC, and counsel indicated that Defendant Shinjuku LLC did not oppose the relief sought. *See* attached.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure states:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

A trial court has "the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016).

Here, there is good cause to grant this motion for extension of time because Plaintiff is pending the appearance of additional parties to the litigation whose participation is required to formulate a scheduling order and discovery plan. Plaintiff anticipates that the Defendants will be served in the near future and therefore their responses to the Amended Complaint will be due soon. As the Parties have not yet been served however, Plaintiff respectfully requests that the Court extend the time to file a scheduling order and discovery plan by thirty (30) days. The additional time will allow for Plaintiff to serve the remaining Defendants and confer with any counsel that appear.

////

////

////

////

////

////

////

////

////

////

////

////

////

////

WHEREFORE, Plaintiff respectfully requests that the Court extend the time to file the Discovery Plan and Joint Scheduling Order by thirty (30) days, and for such other relief as is just and proper.

DATED: October 23, 2023

RESPECTFULLY SUBMITTED,

LAW OFFICES OF ROBERT P. SPETNAK

_/s/ Robert P. Spretnak_
Robert P. Spretnak, Esq. (Nevada Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

GARCIA-MENOCAL & PEREZ P.L.
Anthony J. Perez, Esq.
(Admitted pro hac vice)
350 Sevilla Avenue, Suite 200
Coral Gables, Florida
Telephone: (305) 553-3464
Facsimile: (855) 205-6904

*Attorneys for Plaintiff John Meggs*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10/24/2023

# Robert P Spretnak

| | |
|---|---|
| **From:** | Brigid Higgins <bhiggins@blackwadhams.law> |
| **Sent:** | Monday, October 23, 2023 2:41 PM |
| **To:** | Beverly Virues |
| **Cc:** | Anthony Perez; Jaylu Reyes; Rusty Graf; Armando Mejias; Juliette Acosta-Santiago |
| **Subject:** | Re: Meggs v. Shinjuku |

No I don't oppose.

Sent from my iPhone

On Oct 23, 2023, at 2:39 PM, Beverly Virues <bvirues@lawgmp.com> wrote:

**This message has originated from outside your organization.**

Good afternoon,

I tried calling you a few moments ago to confer on a motion for extension of time. Plaintiff intends to file a motion to extend the time to file a discovery plan and scheduling order (by 30 days). Do you oppose the extension?

Best regards,

Beverly Virues
Attorney at Law

Law Office of Garcia-Menocal & Pérez, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Tele: 305.553.3464

** CONFIDENTIALITY NOTICE **

This communication, including any attachments, is from Garcia-Menocal & Perez, P.L., and contains confidential information intended only for the addressee(s). The information contained in this transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient, any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.

IRS Circular 230 Notice: Federal regulations apply to written communications (including emails) regarding federal tax matters between our firm and our clients. Pursuant to these federal regulations, we inform you that any U.S. federal tax advice in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the addressee or any other person or entity for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

1