Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spetnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Anthony J. Perez, Esq.
*PRO HAC VICE*
ajperez@lawgmp.com; bvirues@lawgmp.com
GARCIA-MENOCAL & PEREZ P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida
Telephone: (305) 553-3464
Facsimile: (855) 205-6904

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SUN SHENG INVESTMENT LLC,<br>LE PRIVE HOSPITALITY LLC, and<br>SHINJUKU LLC,<br>　　　　　　Defendant | Case No.: 2:23-cv-1051-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE DEFENDANT SHINJUKU, LLC** |

　　　　Plaintiff, JOHN MEGGS (hereinafter "Plaintiff"), by and through his counsel of record, ROBERT P. SPRETNAK, ESQ. of the LAW OFFICES OF ROBERT P. SPRETNAK, and ANTHONY J. PEREZ, ESQ. of the LAW FIRM OF GARCIA-MENOCAL & PEREZ P. L. and SUN SHENG INVESTMENT LLC via its counsel Doris Nehme Tomalka, and SHINJUKU LLC via its counsel Brigid Higgins, stipulate as follows:

1

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiff John Meggs, Defendant SHINJUKU LLC and Defendant SUN SHENG INVESTMENT LLC stipulate and agree as follows:

Plaintiff agrees to dismiss Defendant, SHINJUKU LLC, with prejudice as a defendant in this action, and dismiss Defendant, SUN SHENG INVESTMENT LLC, with prejudice solely as to Count III of the Amended Complaint only.

DATED: January 23, 2024

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Robert P. Spretnak<br>Robert P. Spretnak, Esq.<br>(Nevada Bar No. 5135)<br>Bob@spetnak.com<br>LAW OFFICES OF ROBERT P. SPETNAK<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada<br>Telephone: (702) 454-4900<br>Facsimile: (702) 938-1055<br><br><br>Anthony J. Perez, Esq.<br>PRO HAC VICE<br>ajperez@lawgmp.com;<br>bvirues@lawgmp.com &<br>jreyes@lawgmp.com<br>GARCIA-MENOCAL & PEREZ P.L.<br>350 Sevilla Avenue, Suite 200<br>Coral Gables, Florida<br>Telephone: (305) 553-3464<br>Facsimile: (855) 205-6904<br><br>Attorneys for Plaintiff John Meggs | /s/Brigid M. Higgins<br>Brigid M. Higgins, Esq.<br>Nevada Bar No. 5990<br>J. Rusty Graf, Esq.<br>Nevada Bar No. 6322<br>bhiggins@blackwadhams.law<br>rgraf@blackwadhams.law<br>BLACK & WADHAMS<br>10777 w Twain Avenue<br>3rd Floor<br>Las Vegas, Nevada 89135<br>Telephone: (702) 869-8801<br>Facsimile: (702) 869-2669<br>Attorneys For Defendant, SHINJUKU LLC<br><br><br>/s/ Doris Nehme-Tomalka<br>DORIS NEHME-TOMALKA, ESQ.<br>Nevada Bar No. 6431<br>2620 Regatta Drive, Suite 102<br>Las Vegas, Nevada 89128<br>Telephone: 702-240-5280<br>Facsimile: 702-240-5380<br>Email: doris@nehme-tomalka.com<br>Attorney for Defendant<br>SUN SHENG INVESTMENT, LLC |

**ORDER**

IT IS SO ORDERED:

Dated: January 24, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3