Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spetnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Anthony J. Perez, Esq.
*PRO HAC VICE*
ajp@ajperezlawgroup.com; jr@ajperezlawgroup.com
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 w. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>SUN SHENG INVESTMENT LLC,<br><br>    Defendant | Case No.: 2:23-cv-01051-APG-BNW<br><br>JOINT STIPULATION TO EXTEND TIME TO EXTEND DEADLINES (First Request) |

   Plaintiff, JOHN MEGGS (hereinafter "Plaintiff"), by and through his counsel of record, ROBERT P. SPRETNAK, ESQ. of the LAW OFFICES OF ROBERT P. SPRETNAK, and ANTHONY J. PEREZ, ESQ. of the LAW FIRM OF ANTHONY J. PEREZ LAW GROUP, PLLC, and Defendant SUN SHENG INVESTMENT LLC by and through their counsel of record, DORIS NEHME-TOMALKA, ESQ. of NEHME-TOMALKA & ASSOCIATES, stipulate as follows:

The Parties stipulate that the deadline for expert disclosures, which is currently set for June 6th, 2024, is extended by sixty (60) days to August 5th, 2024. The Parties stipulate that the deadline for Rebuttal Expert Disclosures which is presently July 8th, 2024, is extended by sixty (60) days to September 6th, 2024. The Parties stipulate that the deadline to Extend Discovery which is presently July 15th, 2024 is extended by sixty (60) days to September 13th, 2024. The Parties stipulate that the deadline to complete discovery, which is presently August 5, 2024, is extended by sixty (60) days to October 4th, 2024. The Parties further stipulate that the deadline to file dispositive motions which is currently set for September 4th, 2024, is extended by sixty (60) days to November 4th, 2024. The Parties further stipulate that the deadline to file a Pretrial Order, which is currently set for October 4th, 2024, is extended by sixty (60) days to December 3rd, 2024. This is the first stipulation as to these deadlines. The Parties require additional time to conduct a proper inspection at a time when Plaintiff's counsel can travel to attend the inspection, as undersigned counsel is out of state. Defendant SUN SHENG INVESTMENT LLC communicated to Plaintiff's counsel that she also has pre-planned dates that she anticipates being out of the jurisdiction in the coming weeks. Counsel have been cooperating with one another and will continue to cooperate to schedule inspections and other discovery as may be needed. Moreover, the Parties would like to have additional time to conduct discovery and discuss the possibility of a global resolution without the need to engage in additional litigation.

Therefore, the Parties request that the Court extend the remining deadlines by sixty (60) days as discussed herein.

DATED: June 6, 2024

RESPECTFULLY SUBMITTED,

| /s/ Anthony J. Perez<br>Anthony J. Perez, Esq.<br>*PRO HAC VICE*<br>ajp@ajperezlawgroup.com;<br>jr@ajperezlawgroup.com<br>ANTHONY J. PEREZ LAW GROUP, PLLC<br>7950 w. Flagler Street, Suite 104<br>Miami, Florida 33144<br>Telephone: (786) 361-9909<br>Facsimile: (786) 687-0445<br><br>*Attorney for Plaintiff John Meggs* | /s/ Doris Nehme-Tomalka<br>Doris Nehme-Tomalka, Esq., LL.M.  (Nevada Bar No. 6220)<br>doris@nehme-tomalka.com<br>NEHME-TOMALKA & ASSOCIATES<br>2620 Regatta Drive, Suite 102<br>Las Vegas, Nevada 89128<br>Telephone: (702)-240-5280<br><br><br><br>*Attorney for Defendant Sun Sheng Investment LLC* |
|---|---|

## **ORDER**

IT IS SO ORDERED.

Dated: __6/10/2024__.

_____
United States Magistrate Judge