Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spretnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Anthony J. Perez, Esq.
*pro hac vice*
ajp@ajperezlawgroup.com
& jr@ajperezlaw.com
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, | Case No.: 2:23-cv-01051-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |
| SUN SHENG INVESTMENT LLC, LE PREIVE HOSPITALITY, LLC, and SHINKJUKU, LLC, | |
| Defendant. | |

PLAINTIFF, JOHN MEGGS (HEREINAFTER "PLAINTIFF"), by and through his Counsel of Record, ROBERT P. SPRETNAK, ESQ. of THE LAW OFFICES OF ROBERT P. SPRETNAK, and ANTHONY J. PEREZ, ESQ. of ANTHONY J. PEREZ LAW GROUP, PLLC AND SUN SHENG INVESTMENT LLC by and through their Counsel of

Record, DORIS NEHME-TOMALKA, ESQ. OF NEHME-TOMALKA & ASSOCIATES, STIPULATE AS FOLLOWS:

IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter be dismissed, with prejudice, as to all remaining Defendants.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff JOHN MEGGS and Defendant SUN SHENG INVESTMENT LLC shall each party bear their own fees and costs except as agreed to in the Settlement Agreement.

IT IS FURTHER STIPULATED AND AGREED that any remaining matters on calendar shall be vacated.

DATED: August 29, 2024

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: \_\_\_August 30, 2024_____

| | |
|---|---|
| */s/ Robert P. Spretnak* <br> Robert P. Spretnak, Esq. <br> (Nevada Bar No. 5135) <br> Bob@spetnak.com <br> LAW OFFICES OF ROBERT P. SPETNAK <br> 8275 S. Eastern Avenue, Suite 200 <br> Las Vegas, Nevada <br> Telephone: (702) 454-4900 <br> Facsimile: (702) 938-1055 | */s/ Doris Nehme-Tomalka* <br> Doris Nehme-Tomalka, Esq., LL.M. <br> (Nevada Bar No. 6220) <br> doris@nehme-tomalka.com <br> NEHME-TOMALKA & ASSOCIATES <br> 2620 Regatta Drive, Suite 102 <br> Las Vegas, Nevada 89128 <br> Telephone: (702)-240-5280 <br><br> *Attorney For Defendant, SUN SHENG INVESTMENT, LLC* |
| */s/ Anthony J. Perez, Esq.* <br> *PRO HAC VICE* <br> ajp@ajperezlawgroup.com & <br> jr@ajperezlawgroup.com <br> ANTHONY J. PEREZ LAW GROUP, PLLC <br> 7950 W. Flagler Street, Suite 104 <br> Miami, Florida 33144 <br> Telephone: (786) 361-9909 <br> Facsimile: (786) 687-0445 <br><br> *Attorneys for Plaintiff John Meggs* | |

3